CASE NO. 4:25-cv-00014

CLERK'S OFFICE U.S. DISTRICT. COURT
AT DANVILLE, VA
FILED

Plaintiff - CHRIS HARRIS

Defendant - CCE/HARGO

MAY 07 2025

LAURA A. AUSTIN, CLERK
BY: BMcAbee
DEPUTY CLERK

I would like to file a motion to the courts, respectfully asking the judge to put judgment against the defendant for the demand. CCE/HARGO was served with the summons on march 24th + 25th, they did not respond until April 18th. This exceeds the 21 days allotted by the courts to respond to the charges brought forth. I'm asking the court to honor my request and reward the demand to me by default. Thank you

Chris Harris