IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 06 2025
LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

| | | |
|---|---|---|
| CHRIS HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARGO LLC, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendant. | ) | |

This matter is before the court on Defendant Hargo LLC's motion to dismiss.[1] (ECF No. 7.) For the reasons stated in the court's Memorandum Opinion, that motion is hereby **GRANTED** and Plaintiff Chris Harris's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within **14** days, if he so chooses. Plaintiff's motion for default judgment (ECF No. 13) is **DENIED AS MOOT**.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 6th day of June, 2025.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

[1] Defendant was improperly sued as CCE/Hargo. The clerk is **DIRECTED** to update the caption of the case to correctly identify Defendant.